UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| ELORAC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cv-1859 |
| | ) | |
| v. | ) | Hon. Amy J. St. Eve |
| | ) | |
| SANOFI-AVENTIS CANADA INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DEFENDANT SANOFI-AVENTIS
CANADA INC. PURSUANT TO FRCP 7.1(a)**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for sanofi-aventis Canada Inc. certifies as follows:

sanofi-aventis Canada Inc. is a non-governmental party and is not a publicly held corporation. Sanofi (formerly Sanofi SA), is the ultimate parent company of sanofi-aventis Canada Inc. No other publicly held corporation owns 5% or more of sanofi-aventis Canada Inc.'s stock.

Dated: July 23, 2014					Respectfully submitted,


						By:	/s/ Raj N. Shah

							Raj N. Shah (ARDC # 6244821)
							Eric M. Roberts (ARDC # 6306839)
							DLA PIPER LLP (US)
							203 North LaSalle Street, Suite 1900
							Chicago, IL  60601
							T: 312.368.4000

## CERTIFICATE OF SERVICE

       I hereby certify that on July 23, 2014, I electronically filed the foregoing **Declaration of Defendant sanofi-aventis Canada Inc. Pursuant to FRCP 7.1(a)** using the ECF System for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

    /s/ *Raj N. Shah*
Raj N. Shah (ARDC # 6244821)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: 312.368.4000