# **Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| ELORAC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cv-1859 |
| | ) | |
| v. | ) | Hon. Jorge Alonso |
| | ) | |
| SANOFI-AVENTIS CANADA INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ERIC ROBERTS

1. I am over 18 years of age. The facts set forth in this declaration are known to me personally and, if called as a witness, I could and would testify competently thereto.

2. I am an attorney at DLA Piper LLP (US) and one of the attorneys representing sanofi-aventis Canada Inc. ("Sanofi Canada") in this matter.

3. Exhibit 1 to this declaration is a true and correct copy of excerpts from the transcript of the October 16, 2015 deposition of Hugh O'Neill.

4. I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** October 19, 2015

_____
Eric Roberts

# **Exhibit 1**

# Exhibit Filed Under Seal