UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELORAC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-cv-1859 |
| | ) | |
| | ) | |
| SANOFI-AVENTIS CANADA, INC. | ) | Hon. Jorge L. Alonso |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff Elorac, Inc. ("Elorac"), by its undersigned counsel and in agreement with Defendant sanofi-aventis Canada, Inc. ("Sanofi Canada"), hereby moves this Court for an order extending the briefing schedule for the parties to respond and reply to each party's *Daubert* motions as follows:

1. On July 19, 2016, the Court entered an order setting a briefing schedule for the parties' *Daubert* motions as follows:

    a. Parties shall file *Daubert* motions by August 31, 2016;
    b. Responses shall be filed by September 21, 2016; and
    c. Replies shall be filed by October 5, 2016.

(Minute Order, ECF # 220.)

2. The Court will rule on the motions electronically. *Id.*

3. The parties timely filed their *Daubert* motions on August 31, 2016. Each party filed five *Daubert* motions.

4. After conferring, the parties have agreed to a proposed extension of the briefing schedule, which extends the deadline to file responses and replies by one week, as follows:

    a. The parties shall file responses by September 28, 2016; and

1

b. The parties shall file replies by October 12, 2016.

5. The Court has set a status hearing for October 20, 2016, at 9:30 a.m. (Minute Order, ECF # 220.) The proposed extended briefing schedule contemplates that all responses and replies will be filed before the October 20, 2016 status hearing and therefore will not require an extension of the status hearing date.

WHEREFORE, Plaintiff Elorac, Inc., in agreement with Defendant sanofi-aventis Canada, Inc., respectfully requests that the Court enter an order: (1) extending the time to file responses to the parties *Daubert* motions to September 28, 2016, and (2) extending the time to file replies to the parties' *Daubert* motions to October 12, 2016, and any other relief the Court deems just and appropriate

Dated: September 13, 2016      Respectfully submitted,

By:   BARNES & THORNBURG LLP

/s/ *Carrie M. Raver*
Carrie M. Raver (ARDC # 6270475)
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 425-4652
Facsimile: (260) 424-8316
E-mail: carrie.raver@btlaw.com

William M. McErlean (ARDC# 3122871)
Lindsey D. G. Dates (ARDC # 6281254)
Jeffrey W. Sanford (ARDC # 6316692)
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
E-mail: wmcerlean@btlaw.com
E-mail: ldates@btlaw.com
E-mail: jsanford@btlaw.com

*Attorneys for Plaintiff Elorac, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 13th day of September, 2016, by electronically filing the same with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Christopher M. Strongosky
>DLA Piper LLP (US)
>1251 Avenue of the Americas
>New York, NY 10020
>(christopher.strongosky@dlapiper.com)
>
>Leeanne S. Mancari
>DLA Piper LLP (US)
>550 South Hope Street
>Suite 2300
>Los Angeles, CA 90071-2678
>(leeanne.mancari@dlapiper.com)
>
>Raj N. Shah
>Eric Roberts
>DLA Piper LLP (US)
>203 N. LaSalle Street, Suite 1900
>Chicago, IL 60601-1293
>(raj.shah@dlapiper.com)
>(eric.roberts@dlapiper.com)

>/s/ *Carrie M. Raver*
>Carrie M. Raver, Esq.